AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California



| | |
|---|---|
| FERDINANDO M. TOLIAO, individually and on behalf of all others similarly situated<br>*Plaintiff*<br>v.<br>JAFFE & ASHER LLP<br>*Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. CV 10-3905 JCS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016-1901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Irving L. Berg
The Berg Law Group
145 Town Center, PMB 493
Corte Madera, CA 94925

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RICHARD W. WIEKING**
*CLERK OF COURT*

Date: AUG 3 1 2010

ANNA SPRINKLES
*Signature of Clerk or Deputy Clerk*