1 | Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
2 | 145 Town Center, PMB 493
Corte Madera, California 94925
3 | (415) 924-0742
(415) 891-8208 (Fax)
4 | irvberg@comcast.net (e-mail)

5

ATTORNEY FOR PLAINTIFF

6

7

8
UNITED STATES DISTRICT COURT

9
FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | FERDINANDO M. TOLIAO, individually    Case No.: CV10 - 3905 SBA
and on behalf of all others similarly situated,

12 |                                        **NOTICE OF DISMISSAL WITHOUT**
                Plaintiff,                  **PREJUDICE**
13 | v.

14 | JAFFE & ASHER LLP,

15
                Defendants.
16 | _____/

17 |     TO THE PARTIES PLEASE TAKE NOTICE:

18 |     Plaintiff dismisses the herein lawsuit without prejudice as to herself and the putative class

19 | pursuant to FRCP 41 (a)(1)(i).

20

21 | Dated:  October 13, 2010           /s/
22 |                                    Irving L. Berg
                                        THE BERG LAW GROUP
23 |                                    145 Town Center, PMB 493
                                        Corte Madera, California 94925
24 |                                    (415) 924-0742
                                        (415) 891-8208 (Fax)
25
                                        ATTORNEY FOR PLAINTIFF
26

27

28

DISMISSAL WITHOUT PREJUDICE           1